# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
MASSACHUSETTS

UNITED STATES OF AMERICA
V.
LISA M. LINDSAY
33 Ent Road
Hanscom AFB, MA 01731

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1405-CBS

I, the undersigned complainant, being duty sworn state the following is true and correct to the best of my knowledge and belief. On or about May 07, 2003, in Middlesex County, in the United States District of Massachusetts, the defendant did, within the boundaries of Hanscom Air Force Base, Massachusetts, knowingly operate a motor vehicle while under the influence of intoxicating liquor, in violation of Chapter 90 of the Massachusetts General Law, Section 24 as assimilated through Title 18 United States Code, Section 13 with the penalty not to exceed one (1) year imprisonment.

I further state that I am a base Security Forces Officer, and that this complaint is based on the following facts: (The facts contained in the affidavit which is attached hereto.)

Continued on the attached sheet and made a part hereof     X  Yes  __ No

Signature of Complainant
Tara Nickoloff, Amn, Security Forces Officer

Sworn to before me and subscribed in my presence,

7-14-04              at    Hanscom AFB, MA
Date                        City and State

Charles B. Swartwood III, U.S. Magistrate
Name & Title of Judicial Officer            Signature of Judicial Officer