# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.
LISA M. LINDSAY
33 Ent Road
Hanscom AFB, MA 01731

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: 04-1405-CBS

YOU ARE HEREBY SUMMONED to appear before the UNITED STATES DISTRICT COURT at the place, date and time set forth below.

| Place UNITED STATES MAGISTRATE COURT 20 SCHILLING CIRCLE HANSCOM AFB MA 01731-2125 | Room Building 1305, Second Floor Courtroom |
|---|---|
| | Date and Time 4 August 2004; 2:00 p.m. |
| Before: | |

To answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __13__

Brief description of offense: Driving while under the influence of intoxicating liquor

**TO THE DEFENDANT:** Failure to appear will result in the issuance of a warrant for your arrest.

You will receive two copies of this notice —one by regular mail and one by certified mail.

CHARLES B. SWARTWOOD, III
U.S. Magistrate Judge

Date 7-14-04

MICHELE PAGE

CC: AUSA and Defendant