AO 245H   (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
    Sheet 1

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| Lisa Lindsay | CASE NUMBER: 04-1405-CBS |
| | USM NUMBER: |
| | none |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  Driving while under the influence of intoxicating liquor

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| Title 18 Section 13 | Driving under the influence of intoxicating liquor | 5/7/2004 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 15.00 | $ 500.00 |

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 8/14/1975

9/8/2004
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:

33 Ent Road
Hanscom AFB, MA 01731

Charles B. Swartwood III        Magistrate Judge
Name of Judge                   Title of Judge

12-28-04
Date

Defendant's Mailing Address:

33 Ent Road
Hanscom AFB, MA 01731